# United States Bankruptcy Court
## Southern District of New York
## Manhattan Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**341 AMSTERDAM AVENUE CORP.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**D/B/A BURRATA BAKERY & PIZZA BAR** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **272484330** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**341 AMSTERDAM AVENUE**<br>**NEW YORK, NEW YORK**<br>ZIP CODE **10023** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**MANHATTAN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**341 AMSTERDAM AVENUE CORP.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X  Not Applicable**
_____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
341 AMSTERDAM AVENUE CORP.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❏ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

❏ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable__
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X __/S/__
Signature of Attorney for Debtor(s)

**A. MITCHELL GREENE  Bar No.**
Printed Name of Attorney for Debtor(s) / Bar No.

**ROBINSON BROG LEINWAND GREENE ET AL.**
Firm Name

**875 THIRD AVENUE 9TH FLOOR**
Address
**NEW YORK, NY  10022**

__212-603-6300__
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable__

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/signature/__
Signature of Authorized Individual

**SHAUL NATAN**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

_____
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:                                                          Chapter 11

341 AMSTERDAM AVENUE CORP.,


                         Debtor.
-----------------------------------------------------------x

# CERTIFICATION OF RESOLUTION

I, the undersigned, President of **341 Amsterdam Avenue Corp.**, do hereby certify that at a meeting of the above captioned Corporation (the "Corporation") duly called and held on **January 26, 2011**, the following resolutions were adopted and recorded in the Minute Book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the Corporation it is desirable and in the best interest of the Corporation, its creditors, partners and other interested parties, that a petition be filed by the Corporation for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that **Shaul Natan,** President of the Corporation, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that **Shaul Natan,** President of the Corporation, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection,

that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Corporation under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Corporation this 26th day of **January, 2011**.

                                                                         _____
                                                                         Shaul Natan, President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                        Chapter 11

**341 AMSTERDAM AVENUE, CORP.,**        Case No.:

                      Debtor.
------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

**SHAUL NATAN,** being duly sworn, deposes and says:

1. I am the President of **341 Amsterdam Avenue Corp.** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to submit this Affidavit on behalf of the Debtor.

2. The Debtor is the lessee of a storefront located at 341 Amsterdam Avenue New York, New York from which it operates a pizza restaurant doing business as "Buratta Restaurant & Pizza Bar".

3. No pre-petition committee was organized prior to the Order for relief.

4. The Debtor has no secured creditors, except for equipment lessors secured on their restaurant and related equipment utilized in the Debtor's business operations.

5. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affidavit.

6. To the best of my knowledge, the Debtor is a party to one pending lawsuit: *Lichter Real Estate Number One LLC v. 341 Amsterdam Avenue Corp., Civil Court of the State of New York, County of New York. Index No. 91972/10*

7. The Debtor's principal assets are located at 341 Amsterdam Avenue, New York, New York.

8. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

9. The precipitating cause for the Debtor's bankruptcy case filing was litigation commenced by the Debtor's landlord, Lichter Real Estate Number One LLC. Due to the landlord's failure to deliver the leased premises on time, the Debtor's construction costs increased substantially and the Debtor's opening was delayed, resulting in cash flow shortfalls.

10. The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

11. The estimated amount of payroll due to the Debtor's employees, excluding officers, for a period of thirty days following the filing of the petition is $24,750.00.

12. Salaries currently being paid by the Debtor to the officers approximate $4,000.00 per month.

13. The estimated operating expenses of the Debtor for the next **thirty days** are as follows:

| | |
|---|---|
| Income: | $80,000 |

| | |
|---|---|
| Insurance | $700 |
| Rent | $16,990 |
| Payroll | $28,750 |
| Utilities | $3,500 |
| Misc. | $3,000 |
| Cost of Supplies/Food | $15,000 |
| Total | $67,940 |

Shaul Natan, President

Sworn to before me this
26th day of January, 2011

_____
Notary Public

ROBERT M. SASLOFF
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-20__

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York
### Manhattan Division

In re __341 AMSTERDAM AVENUE CORP._____, Case No. _____

Debtor

Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LICHTER REAL ESTATE NUMBER ONE LLC<br>850 WEST 176TH STREET<br>NEW YORK, NY 10033 | | | DISPUTED | $75,000.00 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | | | CONTINGENT<br>DISPUTED | $10,000.00 |
| G.A.F. SEELIG, INC.<br>P.O. BOX 780629<br>MASPETH, NY 11378-0629 | | | | $9,700.00 |
| BURKE SUPPLY COMPANY, INC.<br>BROOKLYN NAVY YARD<br>BLDG 293<br>BROOKLYN, NY 11205 | | | | $5,427.00 |
| CONSOLIDATED EDISON<br>JAF STATION<br>P.O. BOX 1702<br>NEW YORK, NY 10116-1702 | | | | $4,811.00 |
| ILLY CAFE NORTH AMERICA, INC.<br>P.O. BOX 29917<br>NEW YORK, NY 10087 | | | | $4,715.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  341 AMSTERDAM AVENUE CORP. , Case No. _____

Debtor                                    Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SYSCO METRO NEW YORK, LLC. 20 THEODORE CONRAD DRIVE JERSEY CITY, NJ 07305 | | | | $2,880.38 |
| SHAWN BASLER PERKINS EASTMAN, 115 FIFTH AVENUE NEW YORK, NY 10003 | | | | $2,500.00 |
| THE HARTFORD INSURANCE THE HARTFORD LOSS REPORTING CENTER PO BOX 2041 AURORA, IL 60507 | | | | $2,000.00 |
| NEW YORK STATE DEPARTMENT OF FINANC BANKRUPTCY/SPECIAL PROCEDURES SECT P.O. BOX 5300 ALBANY, NY 12205-0300 | | | CONTINGENT DISPUTED | $2,000.00 |
| LEE BALESTIER JAM CONSULTANTS,INC. 104 WEST 29TH STREET NEW YORK, NY 10001 | | | | $1,600.00 |
| SAM THE FIREWOOD MAN, INC. 417 IRIQUOIS STREET EMMAUS, PA 18049 | | | | $1,512.50 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **341 AMSTERDAM AVENUE CORP.**, Case No. _____
                  Debtor                        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DAIRYLAND<br>P.O. BOX 30943<br>NEW YORK, NY 10087-0943 | | | | $1,490.42 |
| NISSAN/HODAYA ELECTRIC<br>1369 EAST 10TH STREET<br>NEW YORK, NY 11230 | | | | $1,400.00 |
| NAZZARO CORPORATION<br>193 ATLANTIC AVE,<br>BROOKLYN, NEW YORK 11201 | | | | $1,260.00 |
| PLUMBER EITAN | | | | $1,000.00 |
| NO FEAR SECURITY<br>2 DALE STREET<br>WHITE PLAINS, NY 10605 | | | | $900.00 |
| WHITE PLAINS LINEN<br>4 JOHN WALSH BLVD.<br>PEEKSKILL, NEW YORK 10566 | | | | $803.60 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **341 AMSTERDAM AVENUE CORP.**          , Case No. _____
                    Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ACCOUNTANT<br>333 JERICHO TURNPIKE<br>SUITE 122<br><br>11753 | | | | $700.00 |
| VERIZON<br>PO BOX 15124<br>ALBANY NY 12212-5124 | | | | $552.82 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, SHAUL NATAN, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____          Signature: _____

                                    **SHAUL NATAN ,PRESIDENT**
                                    (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York
### Manhattan Division

In re   341 AMSTERDAM AVENUE CORP.                           Case No.

       Debtor.                                              Chapter   11

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **341 AMSTERDAM AVENUE CORP.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                      **% of Shares Owned**

None

OR,

__**X**__   There are no entities to report.

By: /S/
_____
A. MITCHELL GREENE
Signature of Attorney

Counsel for   341 AMSTERDAM AVENUE CORP.
Bar no.:
Address.:   **ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**
Telephone No.: 212-603-6300
Fax No.:
E-mail address:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: **341 AMSTERDAM AVENUE CORP.**

Debtor

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____
**SHAUL NATAN**

Signed: /s/
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
**ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**
Telephone No.: **212-603-6300**
Fax No.:
E-mail address:

ACCOUNTANT
333 JERICHO TURNPIKE
SUITE 122

11753


BURKE SUPPLY COMPANY, INC.
BROOKLYN NAVY YARD
 BLDG 293
BROOKLYN, NY 11205


CONSOLIDATED EDISON
JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702


DAIRYLAND
P.O. BOX 30943
NEW YORK, NY 10087-0943


DANNY'S PRODUCE
95-16 LIVERPOOL ST.
JAMAICA, QUEENS, NY 11435


G.A.F. SEELIG, INC.
P.O. BOX 780629
MASPETH, NY 11378-0629


ILLY CAFE  NORTH AMERICA, INC.
P.O. BOX 29917
NEW YORK, NY 10087


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101


JOSHUA KOPELOWITZ, ESQ.
ROSENBERG & ESTIS
733 THIRD AVENUE, 14TH FL.
NEW YORK, NY 10017

LEE BALESTIER
JAM CONSULTANTS,INC.
104 WEST 29TH STREET
NEW YORK, NY 10001


LICHTER REAL ESTATE NUMBER ONE LLC
850 WEST 176TH STREET
NEW YORK, NY 10033


M&M SANITATION CORPORATION,
517 WEST 19TH STREET
NEW YORK, NY 10011


NAZZARO CORPORATION
193 ATLANTIC AVE,
BROOKLYN, NEW YORK 11201


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300


NISSAN/HODAYA ELECTRIC
1369 EAST 10TH STREET
NEW YORK, NY 11230


NO FEAR SECURITY
2 DALE STREET
WHITE PLAINS, NY 10605


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

PLUMBER EITAN




SAM THE FIREWOOD MAN, INC.
417 IRIQUOIS STREET
EMMAUS, PA 18049



SANTEC
1420 E. LINDEN AVE,
LINDEN, NJ 07036



SHAUL NATAN




SHAWN BASLER
PERKINS EASTMAN,
115 FIFTH AVENUE
NEW YORK, NY 10003


SYSCO METRO NEW YORK, LLC.
20 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305



THE HARTFORD INSURANCE
THE HARTFORD LOSS REPORTING CENTER
PO BOX 2041
AURORA, IL 60507


VERIZON
PO BOX 15124
ALBANY NY 12212-5124



WHITE PLAINS LINEN
4 JOHN WALSH BLVD.
PEEKSKILL, NEW YORK 10566